The National Bank of Deposit of the City of New York, Plaintiff, v. Henry P. Rogers and Others, as Executors, etc., of Nathaniel P. Rogers, Deceased, and Another, Defendants. — Motion for new trial denied, with costs.— Motion for a new trial on exceptions.—

PATTERSON, J.: As the result of what is stated in the opinion on the appeal from the judgment in this case, decided herewith (*ante*, p. 357), the motion for a new trial must be denied, with costs. Van Brunt, P. J., O'Brien and Ingraham, JJ., concurred; McLaughlin, J., dissented.

Warren Higley, Respondent, v. William R. Bergholz, Appellant.— Judgment modified